# United States Court of Appeals
## For the First Circuit

---

No. 07-1010
    07-1011
    07-1012

UNITED STATES OF AMERICA,

Appellee,

v.

VAN ANH, a/k/a ANH VAN,
KHONG NGUYEN, and THINH CAO

Defendants, Appellants.

---

ERRATA SHEET

The opinion of this Court issued on April 11, 2008 is amended as follows:

On page 15, remove footnote 8, and renumber the subsequent footnotes accordingly.

On page 18, line 7, place a period after "scuffle" and delete, "and not Tommy's failure to repay his debt.